UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


MITCHELL DAVID HOLLAND,

    Petitioner,

v.                                            CASE NO. 5:18cv59-MCR-GRJ

SECRETARY, FLORIDA DEP'T
OF CORRECTIONS,

    Respondent.
_____/


**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 17, 2018. ECF No. 9. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss, ECF No. 5, is **GRANTED**, and the petition for writ of habeas corpus, ECF No. 2, is **DISMISSED** with prejudice.

3. A certificate of appealability is **DENIED.**

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of January 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**